Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

March 15 20 23

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO ANGEL CHAVEZ,<br><br>Defendant. | NO. CR23-039JLR<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

**(Possession of Controlled Substances with Intent to Distribute)**

On or about March 7, 2023, in King County, within the Western District of Washington, ROBERTO ANGEL CHAVEZ did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, controlled substances, including: methamphetamine, cocaine, and N-phenyl-N-

Indictment - 1
*United States v. Roberto Angel Chavez*
USAO No. 2023R00062

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 2

### (Unlawful Possession of a Firearm)

On or about March 7, 2023, in King County, within the Western District of Washington, ROBERTO ANGEL CHAVEZ, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i. *Rendering Criminal Assistance in the First Degree*, Count 1, in King County Superior Court for the State of Washington, under case number 03-1-06623-7, on or about September 26, 2003;

ii. *Possession of Cocaine Base in the Form of Crack Cocaine with the Intent to Distribute*, Count 1, in United States District Court for the Western District of Washington, under case number CR08-372MJP, on or about April 17, 2009;

iii. *Possession of Cocaine with the Intent to Distribute,* Count 2, in United States District Court for the Western District of Washington, under case number CR08-372MJP, on or about April 17, 2009; and

iv. *Felon in Possession of a Firearm*, Count 3, in United States District Court for the Western District of Washington, under case number CR08-372MJP, on or about April 17, 2009.

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Glock 23 .40 caliber semi-automatic pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

Indictment - 2
*United States v. Roberto Angel Chavez*
USAO No. 2023R00062

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 3

### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about March 7, 2023, in King County, within the Western District of Washington, ROBERTO ANGEL CHAVEZ knowingly possessed two firearms, that is: (1) a Glock 23 .40 caliber semi-automatic pistol; and (2) an AR-type pistol, 5.56 NATO caliber, privately made firearm with no serial number, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Possession of Controlled Substances with Intent to Distribute*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### FORFEITURE ALLEGATION

The allegations contained in Counts 1-3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, ROBERTO ANGEL CHAVEZ shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to, the following firearms and any associated ammunition, seized on or about March 7, 2023, from ROBERTO ANGEL CHAVEZ:

a.    A Glock 23 .40 caliber semi-automatic pistol and any associated ammunition; and

b.    An AR-type pistol, 5.56 NATO caliber, privately made firearm with no serial number.

Upon conviction of the offenses alleged in Counts 2-3, ROBERTO ANGEL CHAVEZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms

Indictment - 3
*United States v. Roberto Angel Chavez*
USAO No. 2023R00062

and ammunition that were involved in the offense. This property includes, but is not limited to, the following firearms and any associated ammunition, seized on or about March 7, 2023, from ROBERTO ANGEL CHAVEZ:

    a.    A Glock 23 .40 caliber semi-automatic pistol and any associated ammunition; and

    b.    An AR-type pistol, 5.56 NATO caliber, privately made firearm with no serial number.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

///

///

///

Indictment - 4
*United States v. Roberto Angel Chavez*
USAO No. 2023R00062

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED:

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
NICHOLAS W. BROWN
United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
C. ANDREW COLASURDO
Assistant United States Attorney

Indictment - 5
*United States v. Roberto Angel Chavez*
USAO No. 2023R00062