The Hon. James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ROBERTO ANGEL CHAVEZ,<br><br>　　　　　Defendant. | NO. CR23-039-JLR<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property (the "Subject Property"):

1. A Glock 23 .40 caliber semi-automatic pistol, bearing serial number MMG921, and all associated accessories and ammunition; and

2. An AR-type pistol, 5.56 NATO caliber, privately made firearm with no serial number, and all associated accessories and ammunition.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS that a Final Order of Forfeiture is appropriate because:

//

Final Order of Forfeiture - 1
*United States v. Chavez,* CR23-039-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On September 29, 2023, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853(a), and 18 U.S.C. § 924(d)(1) by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in it (Dkt. No. 32);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 35), and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for a Final Order of Forfeiture, ¶ 2, Ex. A); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, Federal Bureau of Investigation, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 11th day of March, 2024.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Chavez,* CR23-039-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

2   *s/ Karyn S, Johnson*
3  KARYN S. JOHNSON
   Assistant United States Attorney
4  United States Attorney's Office
5  700 Stewart Street, Suite 5220
   Seattle, Washington 98101
6  Phone: (206) 553-2462
   Fax: (206) 553-6934
7  Karyn.S.Johnson@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Chavez,* CR23-039-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970